IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICIA CRONIN,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 08-5215 |
| | : | |
| **VISITING NURSES ASSOCIATION** | : | |
| **OF ST. LUKE'S HOSPITAL,** | : | |
| Defendant | : | |

## O R D E R

**STENGEL, J.**

**AND NOW,** this 30th day of September, 2009, upon careful consideration of the defendants' motion to dismiss (Document #10), and the plaintiff's response thereto, IT IS **HEREBY ORDERED** that defendant's motion to dismiss is **GRANTED** in part and **DENIED** in part.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.