IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA CRONIN, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 08-5215 |
| | : | |
| VISITING NURSES ASSOCIATION | : | |
| OF ST. LUKE'S HOSPITAL, | : | |
| Defendant | : | |

## O R D E R

**AND NOW**, this 27th day of September, 2010, upon consideration of the defendant's motion for summary judgment (Document #33), the plaintiff's response thereto (Document #35), and the defendant's reply (Document #38), it is hereby ORDERED that the motion is GRANTED in its entirety.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.